IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EARL JACKSON**                                                                    **PETITIONER**

v.                  **CASE NO. 2:16-CV-00164 BSM**

**C.V. RIVERA, Warden,**
**FCI Forrest City**                                                        **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia Harris [Doc. No. 17] and petitioner Earl Jackson's objections [Doc. No. 18] have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, Jackson's petition is dismissed without prejudice.

IT IS SO ORDERED this 6th day of April 2017.

                                                       _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE